# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0354.  ALTURO JUAN PASCO v. THE STATE.**

Alturo Juan Pasco was convicted of armed robbery in March of 2005.  Pasco filed a "Motion to Modify Void Sentence" on November 14, 2011.  By order entered July 9, 2012, the trial court denied Pasco's motion.  Pasco filed a notice of appeal from this ruling on August 16, 2012.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Pasco's notice of appeal was filed 38 days after entry of the order he seeks to appeal.  Accordingly, we lack jurisdiction to consider Pasco's appeal, which is hereby DISMISSED as untimely.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/24/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*